# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY L. CURETON
DEPUTY CLERK: Kelly Guerrero  ~~DIGITAL FILE~~ Ana Warren
INTERPRETER: No
A.M.                                      DATE HELD: June 26, 2013
TOTAL COURT TIME: 1 min

|  |  |
|---|---|
| CR. No. 4:13-CR-100-A   DEFT NO.7 | |
| UNITED STATES OF AMERICA § | JOSH BURGESS, AUSA |
| v. § | |
| SYDNEY MELISSA NAVARRO § | DEREK BROWN, APPOINTED  A |
| Defendant's Name | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT

☐ Arraignment Hearing - Contested   ☐ Arraignment Hearing - Non-Evidentiary

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Settled/Guilty Plea   ✔ None   Days in Trial: ___   Hearing Concluded: ✔ Yes  ☐ No

✔ ...... Defendant SWORN.
✔ ...... Arraignment - Held on count(s) 1 of 1 count(s) of Indictment.
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ ...... Defense waived reading of the Indictment.
✔ ...... Deft enters a plea of      ✔ Not Guilty   ☐ Guilty   ☐ Nolo
☐ ...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ...... Waiver of Jury Trial
☐ ...... Waiver of Indictment, filed.
✔ ...... Trial set for **August 26, 2013** at 8:30 a.m. (Order to follow)
          Pretrial motions due:_____.  Discovery motions/Government Responses due:_____.
☐ ...... Defts bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ forfeited
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft REMANDED to custody.

OTHER PROCEEDINGS:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN 2 6 2013
CLERK, U.S. DISTRICT COURT
By _____
      Deputy