

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 AUG -2 PM 3: 38

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13-CR-100-A |
| | § | |
| SYDNEY MELISSA NAVARRO (7) | § | |

## GOVERNMENT'S NOTICE REGARDING
## ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding

Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Sydney Melissa Navarro is entitled to a reduction for

Acceptance of Responsibility, and that her offense level is 16 or greater, the Government

moves that the Defendant receive an additional third point reduction for Acceptance of

Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted

authorities in the investigation or prosecution of her own misconduct by timely notifying

authorities of her intention to enter a plea of guilty, thereby permitting the government to

avoid preparing for trial and permitting the government and the court to allocate their

resources efficiently.

Respectfully Submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.252.5455

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by hand-delivery to the U.S. Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102, U.S. Probation Officer and to counsel for defendant, Derek Brown.


JOSHUA T. BURGESS
Assistant United States Attorney