# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION
### MINUTE ORDER

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK _____
INTERPRETER:
A.M. **10:02 - 12:00 p.m.**
TOTAL COURT TIME: 30 mins.

COURT REPORTER: Debbie Saenz
USPO _____
COURT TIME: 10:00 A.M.
DATE HELD: December 23, 2013 (Monday)
CSO: Ray Urban

CR. No. 4:13-CR-100-A  DEFT NO. 07

UNITED STATES OF AMERICA §
§
v. §
§
SYDNEY MELISSA NAVARRO §
Defendant's Name

JOSH BURGESS, AUSA

DEREK D. BROWN, APPOINTED ☐
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Hearing Type: ✔ Sentencing Hearing - Contested  ☐ Sentencing Hearing - Non-Evidentiary
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ✔ Guilty Plea  ☐ Days in Trial:  Hearing Concluded: ✔ Yes  ☐ No

✔ Sentencing held.  ✔ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Pre Sentencing Guidelines
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).  ☐ Departs Upward  ☐ Departs Downward
✔ **SENTENCING TEXT:**
  ☐ Deft. placed on: Probation for _____ years.
  ✔ Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of __324__ months.
  ✔ Deft. placed on: Supervised Released for __5__ years.
  ☐ Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
  ☐ Count(s) _____ of Original Indictment dismissed on government's motion as to this defendant.
  ☐ Original Indictment dismissed on government's motion as to this defendant.
  ✔ $100.00 special assessment on Count(s) 1 ($100.00 per count).
  of ✔ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Superseding Information.

☐ Trial set for: _____
☐ Defts bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft ordered to surrender to U.S. Marshal on _____
☐ Deft ordered to surrender to the designated institution on _____
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ revoked
✔ Deft Advised of his right to appeal.
☐ Deft requests Clerk to enter notice of Appeal.
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.  ☐ Court recommends incarceration at _____
✔ Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.

**OTHER PROCEEDINGS:** TFO Kotara - Sworn & Testified.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 2 3 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy