Case 4:13-cr-00100-A   Document 250   Filed 12/31/13   Page 1 of 1   PageID 779

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 DEC 31  PM 1: 10

CLERK OF COURT

**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

| | |
|---|---|
| **United States of America** § | |
| § | |
| v. § | **4:13-CR-100-A (07)** |
| § | |
| **Sydney Melissa Navarro** § | |

### Notice of Appeal

Notice is hereby given that defendant Sydney M. Navarro appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence in this matter entered December 23, 2013.

SIGNED December 31, 2013.

Respectfully submitted,

_____
Derek D. Brown
Attorney for the Defendant
State Bar of Texas #24003268

Law Office of Derek Brown
209 W. 2nd Street, #197
Fort Worth, Texas 76102
(817) 992-5282 phone
(817) 737-5603 fax

### Certificate of Service

I certify that a copy of the foregoing notice was hand-delivered to the United States Attorney's office at 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102 on December 31, 2013.

_____
Derek D. Brown