1                    IN THE UNITED STATES DISTRICT COURT

2                    FOR THE NORTHERN DISTRICT OF TEXAS

3                           FORT WORTH DIVISION

4    UNITED STATES OF AMERICA,     ) CASE NO. 4:13-CR-100-A
                                   )
5              Government,          )
                                   ) FORT WORTH, TEXAS
6    VERSUS                         )
                                   ) AUGUST 2, 2013
7    SYDNEY MELISSA NAVARRO (07),  )
                                   )
8              Defendant.          ) 10:38 A.M.

9

10                          VOLUME 1 OF 1
                      TRANSCRIPT OF REARRAIGNMENT
11              BEFORE THE HONORABLE JOHN McBRYDE
                 UNITED STATES DISTRICT COURT JUDGE

12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     MR. JOSHUA BURGESS
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
16                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200

17

18   FOR THE DEFENDANT:      MR. DEREK D. BROWN
                             Law Office of Derek Brown
19                           209 West 2nd Street, Suite 197
                             Fort Worth, Texas  76102
20                           Telephone:  817.992.5282

21   COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                             501 W. 10th Street, Room 424
22                           Fort Worth, Texas  76102
                             Telephone:  817.850.6661
23                           E-Mail: debbie.saenz@yahoo.com

24   Proceedings reported by mechanical stenography, transcript

25   produced by computer.

**I N D E X**

| PROCEEDING | PAGE |
|---|---|
| Admonishments................................... | 03 |
| Guilty Plea.................................... | 23 |
| Court's Findings............................... | 24 |
| Reporter's Certificate......................... | 25 |
| Word Index.................................... | 26 |

**GOVERNMENT'S EXHIBIT INDEX**

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 1 | Cooperation Agreement | 21 |

| 1 | **P R O C E E D I N G S** |
|---|---|

1              **P R O C E E D I N G S**

2                August 2, 2013 - 10:38 a.m.

3          *COURT SECURITY OFFICER:*  All rise.

4          (Judge enters)

5          *COURT SECURITY OFFICER:*  Please be seated.

6          *THE COURT:*  Okay.  We have three rearraignments, and

7    I'll call first Number 4:13-CR-092-A.  It's United States of

8    America versus Rocky Allen Roads.

9              And Mr. Smith's here for the government, I suppose.

10         *MR. SMITH:*  That's right, Your Honor.

11         *THE COURT:*  And Mr. Lund is here for Mr. Roads.

12         *MR. LUND:*  Yes, Your Honor.

13         *THE COURT:*  Mr. Roads, raise your right hand to be

14   sworn.

15             (Defendant Roads sworn)

16         *THE COURT:*  Mr. Roads, do you understand that you're

17   now under oath and that if you answer any of my questions

18   falsely, your answers could later be used against you in a

19   prosecution for perjury or making a false statement?

20         *DEFENDANT ROADS:*  Yes.

21         *THE COURT:*  And I take it you read, write,

22   understand, and speak the English language proficiently?

23         *DEFENDANT ROADS:*  Yes, I do.

24         *THE COURT:*  What is your full name?

25         *DEFENDANT ROADS:*  Rocky Allen Roads.

1          *THE COURT:*  Is the Allen A-L-L-E-N?

2          *DEFENDANT ROADS:*  That's correct.

3          *THE COURT:*  And is the Roads R-O-A-D-S?

4          *DEFENDANT ROADS:*  Correct.

5          *THE COURT:*  Okay.  Why don't you and your attorney

6    step back just a minute, and I'll come back to you after I ask

7    the other defendants some questions.

8          (Brief pause)

9          *THE COURT:*  Next is Number 4:13-CR-093-A.  It's

10   United States of America versus Frank Morales.

11          And Mr. Smith is here for the government, and

12   Mr. Jenkins is here for the defendant.

13          *MR. JENKINS:*  Yes, Your Honor.

14          *THE COURT:*  Mr. Morales, raise your right hand to be

15   sworn.

16          (Defendant Morales sworn)

17          *THE COURT:*  Mr. Morales, do you understand that

18   you're now under oath and that if you answer any of my

19   questions falsely, your answers could later be used against

20   you in a prosecution for perjury or making a false statement?

21          *DEFENDANT MORALES:*  Yes, I do.

22          *THE COURT:*  And I take it you read, write, and

23   understand the English language proficiently?

24          *DEFENDANT MORALES:*  Yes, sir.

25          *THE COURT:*  Okay.  What is your full name?

1          *DEFENDANT MORALES:*  Frank Morales.

2          *THE COURT:*  Okay.  Y'all step back just a minute,

3     Mr. Jenkins, and I'll come back to you.

4          *MR. JENKINS:*  Thank you, Your Honor.

5          (Brief pause)

6          *THE COURT:*  Okay.  I'm next calling Number

7     4:13-CR-100-A.  It's United States of America versus Sydney

8     Melissa Navarro.

9          And Mr. Burgess is here for the government, and

10    Mr. Brown's here for the defendant.

11         Ms. Navarro, raise your right hand to be sworn.

12         (Defendant Navarro sworn)

13         *THE COURT:*  Ms. Navarro, do you understand that

14    you're now under oath and that if you answer any of my

15    questions falsely, your answers could later be used against

16    you in a prosecution for perjury or making a false statement?

17         *DEFENDANT NAVARRO:*  Yes, sir.

18         *THE COURT:*  And I take it you read, write,

19    understand, and speak the English language proficiently?

20         *DEFENDANT NAVARRO:*  Yes, sir.

21         *THE COURT:*  What is your full name?

22         *DEFENDANT NAVARRO:*  Sydney Melissa Navarro.

23         *THE COURT:*  And Sydney is S-Y-D-N-E-Y?

24         *DEFENDANT NAVARRO:*  Yes, sir.

25         (Joint proceeding with defendants Roads, Morales,

1              and Navarro, as follows:)

2         *THE COURT:*  Okay.  I have in front of me defendants

3    Roads, Morales, and Navarro, I'm going to give all of you some

4    explanations that are important, bearing in mind your intent

5    to plead guilty, so listen closely to these explanations.

6         You and each of you may, if you choose, plead not

7    guilty to any offense charged against you or persist in that

8    plea if it already has been made.

9         If you plead not guilty, the Constitution of the

10   United States guarantees to you the following rights:

11        The right to a speedy and public trial by a jury in

12   this district.

13        The right at such a trial for you to confront, that

14   is, to see, hear, and cross-examine all witnesses against you.

15        The right at your trial for you to testify and

16   present evidence and to compel the attendance of witnesses.

17        The right to be represented by counsel, a counsel

18   appointed by the Court for you, if necessary, at trial and at

19   every other stage of the proceeding.

20        You cannot be compelled to testify, and you are to

21   be protected from compelled self-incrimination.  The decision

22   of whether you will testify or not is a matter in which your

23   judgment will control.

24        The United States Government must prove your guilt

25   beyond a reasonable doubt.

1              If you're found guilty, you have the right to appeal

2     your conviction.

3              Defendant Roads, have you understood the

4     explanations I've given you about your constitutional rights?

5              *DEFENDANT ROADS:*  Yes, I do.

6              *THE COURT:*  Defendant Morales, have you understood

7     the explanations I've given you about your constitutional

8     rights?

9              *DEFENDANT MORALES:*  Yes, I do.

10             *THE COURT:*  Defendant Navarro, have you understood

11     the explanations I've given you about your constitutional

12     rights?

13             *DEFENDANT NAVARRO:*  Yes, sir, I do.

14             *THE COURT:*  I'm going to give all of you some

15     further explanations that are very important, bearing in mind

16     your intent to plead guilty, so listen closely.

17              If you plead guilty and if such a plea is accepted

18     by the Court, there will not be a further trial of any kind.

19     So by pleading guilty, you waive the right to a trial, as well

20     as those other rights associated with a trial as I described

21     them a minute ago.

22              A defendant who is accused of a crime cannot plead

23     guilty unless he or she is actually guilty of that crime.

24              In federal court, the judge determines the penalty

25     if a defendant is convicted, whether it is on a verdict of a

1    jury or on a plea of guilty.

2         Other than the staff of the court, the Court has not

3    and will not talk to anyone about the facts of your case,

4    except here in your presence, where you, your attorney, and

5    representatives of the government are all present.

6         If you should be convicted, you and your lawyer each

7    will be given an opportunity to present to the Court any pleas

8    for leniency.  The penalty will be decided on the basis of the

9    facts set forth in the presentence report and facts heard

10   here.

11        You should never depend or rely upon any statement

12   or promise by anyone, whether connected with a law enforcement

13   agency, or the government, or anyone else, as to what penalty

14   will be assessed against you.

15        Should you decide to plead guilty, your plea of

16   guilty must not be induced or prompted by any promises, mental

17   pressure, threats, force, coercion, or pressure of any kind.

18   A plea of guilty must be purely voluntary and you should plead

19   guilty only because you are guilty and for no other reason.

20        Now, the offense to which you propose to plead

21   guilty is a felony.  An adjudication of guilt of such an

22   offense may deprive a defendant of valuable rights, such as

23   the right to vote, to hold public office, to serve on a jury,

24   to possess any kind of firearm, and other rights.

25        An adjudication of guilt could result in

1    deportation, that is, being required to leave the United

2    States, of a defendant who is an alien, and could adversely

3    affect such a defendant's ability ever to become a citizen of

4    the United States.

5            Defendant Roads, have you understood the additional

6    explanations I've given you?

7            *DEFENDANT ROADS:*  Yes, I do.

8            *THE COURT:*  Defendant Morales, have you understood

9    the additional explanations I've given you?

10           *DEFENDANT MORALES:*  Yes, Your Honor.

11           *THE COURT:*  Defendant Navarro, have you understood

12   the additional explanations I've given you?

13           *DEFENDANT NAVARRO:*  Yes, sir, I do.

14           *THE COURT:*  Okay.  I'm going to give all of you now

15   some explanations about the sentencing process.  They are

16   important, so listen closely.

17           Under the Sentencing Reform Act of 1984, the United

18   States Sentencing Commission has issued guidelines for judges

19   to follow in determining the sentence in a criminal case, and

20   those guidelines are important.  They are advisory only.  That

21   means the Court is not obligated to follow the guidelines, but

22   the Court is obligated to take the guidelines into account,

23   and the sentencing ranges resulting from the guidelines into

24   account, in determining what sentence to impose, so they are

25   important.

1            Before I go any further, Defendant Roads, have you

2   and your attorney discussed how the sentencing guidelines

3   might apply to your case?

4            *DEFENDANT ROADS:*  Yes, sir.

5            *THE COURT:*  Defendant Morales, have you and your

6   attorney discussed how the sentencing guidelines might apply

7   to your case?

8            *DEFENDANT MORALES:*  Yes, Your Honor.

9            *THE COURT:*  Defendant Navarro, have you and your

10  attorney discussed how the sentencing guidelines might apply

11  to your case?

12           *DEFENDANT NAVARRO:*  Yes, sir.

13           *THE COURT:*  Okay.  Going on with the explanations

14  about the sentencing process:

15           In determining your sentence, the Court is obligated

16  to calculate the sentencing guideline ranges applicable to

17  your case and is required to consider those ranges, possible

18  departures under the sentencing guidelines, and other

19  sentencing factors under 18 United States Code Section

20  3553(a).

21           The Court is not bound by facts that are stipulated

22  between the defendant on the one hand and the government on

23  the other.  The Court can impose punishment that might

24  disregard stipulated facts or take into account facts not

25  mentioned in the stipulated facts.  You might not be permitted

1    to withdraw your plea of guilty if that were to occur.

2           The Court will not be able to determine the

3    guideline sentence for your case until after the presentence

4    report has been completed and you and the government have had

5    an opportunity to challenge the facts and conclusions reported

6    by the probation office.

7           After the Court has determined what guidelines apply

8    to a case, the Court has the authority in some circumstances

9    to impose a sentence that is more severe or less severe than

10   the sentence called for by the guidelines.

11          Under some circumstances, you or the government may

12   have the right to appeal any sentence the Court imposes.

13          Parole has been abolished, and if you're sentenced

14   to prison, you will not be released on parole.

15          Now, as soon as this hearing is over this morning,

16   as to each of you, your attorney will go across the hall with

17   a form that's been provided and set up a time when the

18   probation officer who will be assigned to your case can

19   interview you.

20          Your attorney can be present when that interview

21   occurs, if appropriate arrangements are made, and I might add

22   that the degree of your cooperation with the probation officer

23   can be a factor in the severity of your sentence.  That's

24   something you'll want to discuss with your attorney.

25          Now, the purpose of that interview is so the

1    probation officer can obtain from you information you have

2    relevant to the sentencing process.  In addition to obtaining

3    information from you on that subject, the probation officer

4    will obtain information from other sources, such as, the

5    prosecutor, the investigating agency, maybe your family

6    members, maybe your employer or former employers, and perhaps

7    other sources.

8            Once the probation officer has enough information to

9    form opinions as to which of the sentencing guidelines apply

10   in your case and what the sentencing ranges are in your case

11   under those guidelines, the probation officer will prepare a

12   written document called a Presentence Report and will put in

13   that document his or her opinions on those subjects and will

14   also put in there the facts -- a recitation of the facts that

15   the probation officer reached -- relied on in reaching those

16   opinions.  You'll get a copy that have report, once it's

17   completed, and the attorneys in your case will get copies, and

18   I'll get the original.

19           I rely very heavily on those reports in determining

20   what sentence to impose, so they need to be as complete and as

21   accurate as they possibly can be.  When you receive your copy,

22   if you -- study it real carefully, and if there's anything in

23   it that you think is wrong, or if there's something that's

24   been left out that you think ought to be in it, tell your

25   lawyer because your lawyer has a right to object to the

1    presentence report, and I'm sure he will if what you tell him

2    is a basis for a legal objection, and then I'll rule on

3    whatever objections are made at or before the sentencing

4    hearing.  Of course, you and your attorney both will be

5    permitted to speak on your behalf at the sentencing hearing.

6            Now, the sentencing hearing in the case of Defendant

7    Navarro will be at 9:00 a.m. on December 6, 2013.

8            In the cases of Defendant Morales and Defendant

9    Roads, your sentencing hearing will be at 9:00 a.m. on

10   December 20, 2013.

11           In each instance, the sentencing hearings will be

12   before me in this courtroom, and I'll be signing an order

13   today that fixes that time and date for sentencing, and it

14   will also have in it a timetable for accomplishment of things

15   that have to be done between now and the date of sentencing.

16   The attorneys in each case will receive copies of the order in

17   that case and, in each instance, the defendant's attorney will

18   see that his client receives a copy.

19           Mr. Roads, have you understood the explanations I've

20   given you about the sentencing process?

21           *DEFENDANT ROADS:*  Yes, Your Honor.

22           *THE COURT:*  Defendant Morales, have you understood

23   the explanations I've given you about the sentencing process?

24           *DEFENDANT MORALES:*  Yes, Your Honor.

25           *THE COURT:*  Defendant Navarro, have you understood

1    the explanations I've given you about the sentencing process?

2             *DEFENDANT NAVARRO:*  Yes, sir.

3             *THE COURT:*  Let me see.  Fleather, let me see the

4    factual resumes on Morales and Roads -- no, on Navarro and

5    Morales.

6             *(Bench Conference with Courtroom Deputy)*

7             *THE COURT:*  Okay.  The next things I'm going to go

8    over are directed to defendants Morales and Navarro.  Each of

9    you proposes to plead guilty to the offense of conspiracy to

10   possess with intent to distribute a controlled substance, that

11   is, methamphetamine, and I'm going to go over with each of you

12   some things that are particularly pertinent to what your plans

13   are.

14            The first thing I'm going to review with the two of

15   you is the things the government would have to prove to a jury

16   beyond a reasonable doubt to cause you to be convicted of the

17   offense charged against you by the indictment in your case, if

18   you were to persist in your plea of not guilty.  And, of

19   course, the proof would have to be separate as to each of you.

20            Now, the proof that would have to be made is:

21            First, that two or more persons, directly or

22   indirectly, reached an agreement to distribute or possess with

23   intent to distribute a controlled substance as charged in the

24   indictment.

25            The second thing is that you -- the defendant knew

1    of the unlawful purpose of the agreement.

2              And the third thing is that the defendant joined in

3    the agreement willfully, that is, with the intent to further

4    its unlawful purpose.

5              And the fourth thing is that the overall scope of

6    the conspiracy involved at least 50 grams of a mixture or

7    substance containing a detectable amount of methamphetamine,

8    which is a Schedule II controlled substance.

9              Defendant Morales, do you understand those are the

10   things the government would have to prove to a jury beyond a

11   reasonable doubt to cause you to be convicted of the offense

12   charged by the indictment in your case?

13             *DEFENDANT MORALES:*  Yes, Your Honor.

14             *THE COURT:*  And do you admit that all of those facts

15   exist in your case?

16             *DEFENDANT MORALES:*  Yes, Your Honor.

17             *THE COURT:*  Defendant Navarro, do you understand the

18   things I've just gone over are the things the government would

19   have to prove to a jury beyond a reasonable doubt to cause you

20   to be convicted of the indictment in your case, if you were to

21   persist in your plea of not guilty?

22             *DEFENDANT NAVARRO:*  Yes, sir.

23             *THE COURT:*  And do you admit that all of those facts

24   exist in your case?

25             *DEFENDANT NAVARRO:*  Yes, sir.

```
1              THE COURT:  Okay.  The next thing I'm going to go

2     over with defendants Morales and Navarro are the punishments

3     you're subjecting yourself to if you plead guilty to the

4     offense charged by the indictment in your case.

5              Those punishments are:  A term of imprisonment that

6     would have to be at least 5 years and could be as much as 40

7     years; plus, payment of a $5 million fine; plus, service of a

8     term of supervised release that would have to be at least 4

9     years and could be as much as life; plus, you would be

10    required to pay a special assessment of $100.  That would be

11    payable at the time of sentencing.

12             Plus, if you were to violate any condition of that

13    supervised release I mentioned, it could be revoked, and you

14    could be sent back to prison, and you could be required to

15    serve another term of imprisonment that could be as long as

16    your term of supervised release.

17             Defendant Morales, do you understand that you're

18    subjecting yourself to the penalties I've just described if

19    you plead guilty to the offense charged by the indictment in

20    your case?

21             DEFENDANT MORALES:  Yes, Your Honor.

22             THE COURT:  Defendant Navarro, do you understand

23    that you're subjecting yourself to the penalties I've just

24    described if you plead guilty to the offense charged by the

25    indictment in your case?
```

1              *DEFENDANT NAVARRO:*  Yes, sir.

2              *THE COURT:*  Okay.  I'm going to have at this time

3       defendants Morales and Navarro and their attorneys be seated

4       and, Defendant Roads, why don't you and your attorney come

5       back up to the microphone a minute.

6              (Proceedings held in other cases, not requested)

7              (Continuing with Defendant Navarro, as follows:)

8              *THE COURT:*  Okay.  I'll call back now in Case Number

9       4:13-CR-100-A, Defendant Sydney Melissa Navarro.

10             And Mr. Burgess is here for the government, and

11      Mr. Brown and his client are back at the podium.

12             Ms. Navarro, I'm going to get some personal

13      information about you before we go any further.

14             What is your age and date of birth?

15             *DEFENDANT NAVARRO:*  7-31-84, and I'm 29.

16             *THE COURT:*  Okay.  And how far did you go in school?

17             *DEFENDANT NAVARRO:*  I took an equivalency TAB test

18      with Careers Centers of Texas, so I could go to college with

19      Kaplan University.

20             *THE COURT:*  Did you get a GED?

21             *DEFENDANT NAVARRO:*  No, sir.

22             *THE COURT:*  How far did you go in school before you

23      dropped out?

24             *DEFENDANT NAVARRO:*  No, sir.  It's -- it's like a

25      high school diploma that you get through Career Centers of

1    Texas.

2              THE COURT:  Oh, okay.

3              DEFENDANT NAVARRO:  Yes, sir, and I have two years

4    of college.

5              THE COURT:  What college did you go to?

6              DEFENDANT NAVARRO:  Kaplan University.

7              THE COURT:  Kaplan?  What's --

8              DEFENDANT NAVARRO:  It's through Career Centers of

9    Texas.  It's -- I got my medical assisting.

10             THE COURT:  Kaplan, K-A-P-L-A-N, is what you're

11   saying?

12             DEFENDANT NAVARRO:  Yes, sir.

13             THE COURT:  Okay.  I know what that is.  I just

14   didn't understand what you said.

15             What were you studying for?

16             DEFENDANT NAVARRO:  Medical assistant and my

17   phlebotomy certification.

18             THE COURT:  Okay.  Are you now under the -- what

19   kind of work have you been doing?

20             DEFENDANT NAVARRO:  I was a phlebotomist and a

21   medical assistant.

22             THE COURT:  Okay.  Are you currently under the care

23   of a physician or psychiatrist for anything?

24             DEFENDANT NAVARRO:  No, sir.

25             THE COURT:  Have you been at any time in the last

1    six months?

2              DEFENDANT NAVARRO:  No, sir.

3              THE COURT:  Have you ever been hospitalized or

4    treated for narcotics addiction or alcoholism?

5              DEFENDANT NAVARRO:  No, sir.

6              THE COURT:  As far as you're concerned, do you

7    suffer from any kind of emotional or mental disability or

8    problem?

9              DEFENDANT NAVARRO:  No, sir.

10             THE COURT:  Are you now under the influence of

11   alcohol or any kind of drug?

12             DEFENDANT NAVARRO:  No, sir.

13             THE COURT:  Do you consider that you're of sound

14   mind?

15             DEFENDANT NAVARRO:  Yes, sir.

16             THE COURT:  Okay.  And do you understand exactly

17   what you're here for today, with the intent to plead guilty to

18   the offense charged by the indictment in this case, and that's

19   the offense of conspiracy to possess with an intent to

20   distribute a controlled substance and that is methamphetamine?

21             DEFENDANT NAVARRO:  Yes, sir.

22             THE COURT:  Do you have any reason to think,

23   Mr. Brown, that your client's not fully competent to enter

24   such a plea?

25             MR. BROWN:  No, Your Honor.  She's mentally

1    competent.

2            THE COURT:  Or that such a plea would not be a

3    knowing and voluntary plea?

4            MR. BROWN:  No.  Her plea is knowing and voluntary.

5            THE COURT:  Ms. Navarro, you have received a copy of

6    the indictment in this case, you've read it and understand

7    exactly what you're charged with?

8            DEFENDANT NAVARRO:  Yes, sir.

9            THE COURT:  Unless there's a waiver of the reading

10   of it, I'm going to have it read aloud at this time.

11           MR. BROWN:  Your Honor, we'll waive the indictment,

12   the reading of it.

13           THE COURT:  Okay.  I have a couple of documents that

14   have been handed up to me that appear to be signed by you,

15   Ms. Navarro.  One is called a Factual Resume, and the other is

16   called a Cooperation Agreement.  I'll hold them up, so you can

17   see what I'm talking about.

18           Did you sign those documents?

19           DEFENDANT NAVARRO:  Yes, sir, I did.

20           THE COURT:  And did you read them before you signed

21   them?

22           DEFENDANT NAVARRO:  Yes, sir.

23           THE COURT:  Did you understand exactly what each one

24   of them said before you signed it?

25           DEFENDANT NAVARRO:  Yes, sir, I do.

1          *THE COURT:*  And did you discuss those documents

2     before you signed them with your attorney, so you would know

3     the legal meaning of everything in them?

4          *DEFENDANT NAVARRO:*  Yes, Your Honor.

5          *THE COURT:*  And did you understand what your

6     attorney told you?

7          *DEFENDANT NAVARRO:*  Yes, sir, I did.

8          *THE COURT:*  Okay.  I'm going to order this

9     cooperation agreement included in the record as part of the

10    record of the sentencing hearing (sic).  It's marked

11    Government's Exhibit 1.

12          I take it, Mr. Brown, that the willingness of your

13    client to plead guilty without a plea agreement results from

14    the fact that it's just a one-count indictment?

15          *MR. BROWN:*  Yes, Your Honor.

16          *THE COURT:*  By the way, Ms. Navarro, have you been

17    satisfied with the legal representation Mr. Brown's provided

18    you?

19          *DEFENDANT NAVARRO:*  Yes, sir.

20          *THE COURT:*  Do you have any complaint whatsoever

21    with anything he's done or failed to do as your attorney?

22          *DEFENDANT NAVARRO:*  No, Your Honor.

23          *THE COURT:*  Has anyone made any promise or assurance

24    to you of any kind in an effort to induce you to enter a plea

25    of guilty in this case?

1          *DEFENDANT NAVARRO:*  No, Your Honor.

2          *THE COURT:*  Do you have any deal or understanding or

3    agreement of any kind, either personally or through your

4    attorney, with the government?

5          *DEFENDANT NAVARRO:*  No, sir.

6          *THE COURT:*  Has anyone mentally, physically, or in

7    any other way attempted in any way to force you to plead

8    guilty in this case?

9          *DEFENDANT NAVARRO:*  No, Your Honor.

10          *THE COURT:*  Do you understand if you plead guilty

11   and if that plea is accepted, you will be adjudged guilty of

12   the offense charged by the indictment in this case, and that

13   your punishment will be assessed somewhere within the range of

14   punishment provided by statute, and your sentence will be

15   within the range provided by statute?

16          Do you understand those things?

17          *DEFENDANT NAVARRO:*  Yes, sir, I do.

18          *THE COURT:*  Do you understand that if you plead

19   guilty and then end up getting a sentence that's more severe

20   than you hoped it would be, you'll still be bound by your plea

21   of guilty and won't have a right to withdraw it?

22          *DEFENDANT NAVARRO:*  Yes, sir.

23          *THE COURT:*  With the knowledge you now have, how do

24   you plead to the offense charged by the indictment in this

25   case, guilty or not guilty?

1              *DEFENDANT NAVARRO:*  Guilty.

2              *THE COURT:*  Is that consistent with your advice to

3     the defendant, Mr. Brown?

4              *MR. BROWN:*  Yes, sir.

5              *THE COURT:*  I'll accept that plea on the condition

6     that there is a factual basis to support it, and at this time

7     I'll ask that the stipulated facts in the factual resume be

8     read aloud.

9              *MR. BURGESS:*  Beginning in or around October 2009,

10    and continuing until on or about March 20, 2013, in the Fort

11    Worth Division of the Northern District of Texas, the

12    defendant, along with Jamie Lynn Sellers, Martin Gaylord

13    Navarro, Steven Ronald Short, Melissa Jo Sullivan, Samuel

14    Aaron Sukhewatna, David Allen Felts, and Martin Navarro, also

15    known as Marty, and others, both known and unknown, did

16    knowingly and intentionally combine, conspire, confederate,

17    and agree to engage in conduct in violation of 21 USC Sections

18    841(a)(1) and (b)(1)(B), namely, to possess with intent to

19    distribute 50 grams or more of a mixture and substance

20    containing a detectable amount of methamphetamine, a Schedule

21    II controlled substance.

22              During the course of the defendant's participation

23    in the conspiracy, the defendant purchased methamphetamine

24    from Jamie Lynn Sellers.  On at least two occasions, the

25    defendant purchased an ounce of methamphetamine from Sellers

1    for the purpose of redistribution to others.

2                Over the course of her involvement in the

3    conspiracy, the defendant distributed more than 50 grams of a

4    mixture or substance containing a detectable amount of

5    methamphetamine.

6                During the course of the conspiracy, the defendant

7    was told by Sellers that the source of supply for the

8    methamphetamine was codefendant Martin Navarro, also known as

9    Marty.

10               *THE COURT:*  Okay.  Are all those facts true?

11               *DEFENDANT NAVARRO:*  Yes, sir.

12               *THE COURT:*  Are they consistent with your

13   understanding of the true facts, Mr. Brown?

14               *MR. BROWN:*  Yes, Your Honor.

15               *THE COURT:*  Okay.  I'll order that the factual

16   resume be filed.

17               The Court finds in the case of United States of

18   America versus Sydney Melissa Navarro that the defendant is

19   fully competent and capable of entering an informed plea, and

20   that her plea of guilty to the offense charged by the

21   indictment in this case is a knowing and voluntary plea,

22   supported by an independent basis in fact containing each of

23   the essential elements of the offense charged by the

24   indictment in this case, and that such plea did not result

25   from force, threats, or promises.

1          Her plea of guilty is, therefore, accepted, and she

2     is now adjudged guilty of the offense charged by the

3     indictment in this case.

4          Okay.  The defendant's remanded to custody, and the

5     attorneys are excused.

6          COURT SECURITY OFFICER:  All rise.

7          (End of Proceedings)

8                    **REPORTER'S CERTIFICATE**

9        I, Debra G. Saenz, CSR, RMR, CRR, certify that the
      foregoing is a true and correct transcript from the record
10    of proceedings in the foregoing entitled matter.
         I further certify that the transcript fees format
11    comply with those prescribed by the Court and the Judicial
      Conference of the United States.
12       Signed this 12th day of March, 2014.

13

14                         /s/ Debra G. Saenz

15                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
16                         Official Court Reporter
                           The Northern District of Texas
17                         Fort Worth Division

18

19    CSR Expires:        12/31/15

20    Business Address:   501 W. 10th Street, Room 424
                          Fort Worth, Texas  76102
21

22    Telephone:          817.850.6661

23    E-Mail Address:     debbie.saenz@yahoo.com

24

25

**$**

$100 [1] 16/10
$3 [1] 16/7
$5 million [1] 16/7

**/**

/s [1] 25/14

**0**

03 [1] 2/3
07 [1] 1/7

**1**

10:38 [2] 1/8 3/2
10th [1] 1/21 25/20
12/31/15 [1] 25/19
12th [1] 25/12
15 [1] 25/19
1700 [1] 1/15
18 [1] 10/19
197 [1] 1/18
1984 [1] 9/17

**2**

20 [2] 13/10 23/10
2009 [1] 23/9
2013 [5] 1/6 3/2 13/7 13/10 23/10
2014 [1] 25/12
209 [1] 1/18
21 [2] 2/11 23/17
23 [1] 2/4
24 [1] 2/5
25 [1] 2/6
26 [1] 2/7
29 [1] 17/15
2nd [1] 1/18

**3**

3158 [1] 25/15
3553 [1] 10/20

**4**

40 [1] 16/6
424 [2] 1/21 25/20
4:13-CR-092-A [1] 3/7
4:13-CR-093-A [1] 4/9
4:13-CR-100-A [3] 1/4 5/7 17/9

**5**

50 grams [3] 15/6 23/19 24/3
501 [2] 1/21 25/20

**6**

6882 [1] 1/16

**7**

7-31-84 [1] 17/15
76102 [3] 1/19 1/21 25/20
76102-6882 [1] 1/16

**8**

801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 25/22
817.992.5282 [1] 1/19
84 [1] 17/15
841 [1] 23/18

**9**

9:00 a.m [2] 13/7 13/9

**A**

A-L-L-E-N [1] 4/1

a.m [4] 1/8 3/2 13/7 13/9
Aaron [1] 23/14
ability [1] 9/2
able [1] 11/2
abolished [1] 11/13
about [12] 7/4 7/7 7/11 8/3 9/15 10/14
13/20 13/23 14/1 17/13 20/17 23/10
accept [1] 23/5
accepted [3] 7/17 22/11 25/1
accomplishment [1] 13/14
account [2] 9/22 9/24 10/24
accurate [1] 12/21
accused [1] 7/22
across [1] 11/16
Act [1] 9/17
actually [1] 7/23
add [1] 11/21
addiction [1] 19/4
addition [1] 12/2
additional [3] 9/5 9/9 9/12
Address [2] 25/20 25/23
adjudged [2] 22/11 25/2
adjudication [2] 8/21 8/25
admit [2] 15/14 15/23
ADMITTED [1] 2/10
Admonishments [1] 2/3
adversely [1] 9/2
advice [1] 23/2
advisory [1] 9/20
affect [1] 9/3
after [3] 4/6 11/3 11/7
against [7] 3/18 4/19 5/15 6/7 6/14 8/14
14/17
age [1] 17/14
agency [2] 8/13 12/5
ago [1] 7/21
agree [1] 23/17
agreement [7] 2/11 14/22 15/1 15/3
21/9 21/13 22/3
Agreement. [1] 20/16
Agreement. I'll [1] 20/16
alcohol [1] 19/11
alcoholism [1] 19/4
alien [1] 9/2
all [10] 3/3 6/3 6/14 7/14 8/5 9/14 15/14
15/23 24/10 25/6
Allen [4] 3/8 3/25 4/1 23/14
along [1] 23/12
aloud [2] 20/10 23/8
already [1] 6/8
also [4] 12/14 13/14 23/14 24/8
AMERICA [5] 1/4 3/8 4/10 5/7 24/18
amount [3] 15/7 23/20 24/4
another [1] 16/15
answer [3] 3/17 4/18 5/14
answers [3] 3/18 4/19 5/15
any [25] 3/17 4/18 5/14 6/7 7/18 8/7
8/11 8/16 8/17 8/24 10/1 11/12 16/12
17/13 18/25 19/7 19/11 19/22 21/20
21/23 21/24 22/2 22/3 22/7 22/7
anyone [5] 8/3 8/12 8/13 21/23 22/6
anything [3] 12/22 18/23 21/21
appeal [2] 7/1 11/12
appear [1] 20/14
applicable [1] 10/16
apply [5] 10/3 10/6 10/10 11/7 12/9
appointed [1] 6/18
appropriate [1] 11/21
are [27]
around [1] 23/9
arrangements [1] 11/21
as [29]
ask [2] 4/6 23/7

assessed [2] 8/14 22/13
assessment [1] 16/10
assigned [1] 11/18
assistant [2] 18/10 18/21
assisting [1] 18/9
associated [1] 7/20
assurance [1] 21/23
attempted [1] 22/7
attendance [1] 6/16
attorney [15] 4/5 8/4 10/2 10/6 10/10
11/16 11/20 11/24 13/4 13/17 17/4 21/2
21/6 21/21 22/4
attorneys [4] 12/17 13/16 17/3 25/5
AUGUST [2] 1/6 3/2
authority [1] 11/8

**B**

back [8] 4/6 4/6 5/2 5/3 16/14 17/5 17/8
17/11
basis [4] 8/8 13/2 23/6 24/22
be [57]
bearing [2] 6/4 7/15
because [2] 8/19 12/25
become [1] 9/3
been [10] 6/8 11/4 11/13 11/17 12/24
18/19 18/25 19/3 20/14 21/16
before [9] 1/11 10/1 13/3 13/12 17/13
17/22 20/20 20/24 21/2
Beginning [1] 23/9
behalf [1] 13/5
being [1] 9/1
Bench [1] 14/6
between [2] 10/22 13/15
beyond [4] 6/25 14/16 15/10 15/19
birth [1] 17/14
both [2] 13/4 23/15
bound [2] 10/21 22/20
Brief [2] 4/8 5/5
BROWN [7] 1/17 1/18 17/11 19/23
21/12 23/3 24/13
Brown's [2] 5/10 21/17
BURGESS [3] 1/14 5/9 17/10
Business [1] 25/20

**C**

calculate [1] 10/16
call [2] 3/7 17/8
called [4] 11/10 12/12 20/15 20/16
calling [1] 5/6
can [7] 10/23 11/18 11/20 11/23 12/1
12/21 20/16
cannot [2] 6/20 7/22
capable [1] 24/19
care [1] 18/22
Career [2] 17/25 18/8
Careers [1] 17/18
carefully [1] 12/22
case [35]
cases [2] 13/8 17/6
cause [3] 14/16 15/11 15/19
Centers [3] 17/18 17/25 18/8
Certificate [2] 2/6 25/8
certification [1] 18/17
certify [1] 25/9 25/10
challenge [1] 11/5
charged [14] 6/7 14/17 14/23 15/12
16/4 16/19 16/24 19/18 20/7 22/12
22/24 24/20 24/23 25/2
Cherry [1] 1/15
choose [1] 6/6
circumstances [2] 11/8 11/11
citizen [1] 9/3
client [3] 13/18 17/11 21/13

## C

client's [1]  19/23
closely [3]  3/5  4/10  4/10
Code [1]  10/19
codefendant [1]  24/8
coercion [1]  8/17
college [3]  17/18  18/4  18/5
combine [1]  23/16
come [3]  4/6  5/3  17/4
Commission [1]  9/18
compel [1]  6/16
compelled [2]  6/20  6/21
competent [3]  19/23  20/1  24/19
complaint [1]  21/20
complete [1]  12/20
completed [2]  11/4  12/17
comply [1]  25/11
computer [1]  1/25
concerned [1]  19/6
conclusions [1]  11/5
condition [2]  16/12  23/5
conduct [1]  23/17
confederate [1]  23/16
Conference [2]  14/6  25/11
confront [1]  6/13
connected [1]  8/12
consider [2]  10/17  19/13
consistent [2]  23/2  24/12
conspiracy [6]  14/9  15/6  19/19  23/23  24/3  24/6
conspire [1]  23/16
Constitution [1]  6/9
constitutional [3]  7/4  7/7  7/11
containing [4]  15/7  23/20  24/4  24/22
continuing [1]  17/7  23/10
control [1]  6/23
controlled [5]  14/10  14/23  15/8  19/20  23/21
convicted [5]  7/25  8/6  14/16  15/11  15/20
conviction [1]  7/2
cooperation [4]  2/11  11/22  20/16  21/9
copies [2]  12/17  13/16
copy [4]  12/16  12/21  13/18  20/5
correct [3]  4/2  4/4  25/9
could [12]  3/18  4/19  5/15  8/25  9/2  16/6  16/9  16/13  16/14  16/14  16/15  17/18
counsel [2]  6/17  6/17
count [1]  21/14
couple [1]  20/13
course [5]  13/4  14/19  23/22  24/2  24/6
court [21]  1/1  1/11  1/20  6/18  7/18  7/24  8/2  8/2  8/7  9/21  9/22  10/15  10/21  10/23  11/2  11/7  11/8  11/12  24/17  25/11  25/16
Court's [1]  2/5
courtroom [2]  13/12  14/6
CR [5]  1/4  3/7  4/9  5/7  17/9
crime [2]  7/22  7/23
criminal [1]  9/19
cross [1]  6/14
cross-examine [1]  6/14
CRR [3]  1/20  25/9  25/15
CSR [5]  1/20  25/9  25/15  25/15  25/19
currently [1]  18/22
custody [1]  25/4

## D

date [3]  13/13  13/15  17/14
David [1]  23/14
day [1]  25/12
deal [1]  22/2
debbie.saenz [2]  1/22  25/23

## DEBRA

DEBRA [4]  1/20  25/9  25/14  25/15
December [2]  13/7  13/10
December 20 [1]  13/10
December 6 [1]  13/7
decide [1]  8/15
decided [1]  8/8
decision [1]  6/21
defendant [2]
defendant's [4]  9/3  13/17  23/22  25/4
defendants [6]  4/7  5/25  6/2  14/8  16/2  17/3
degree [1]  11/22
DEPARTMENT [1]  1/14
departures [1]  10/18
depend [1]  8/11
deportation [1]  9/1
deprive [1]  8/22
Deputy [1]  14/6
DEREK [2]  1/17  1/18
described [3]  7/20  16/18  16/24
DESCRIPTION [1]  2/10
detectable [3]  15/7  23/20  24/4
determine [1]  11/2
determined [1]  11/7
determines [1]  7/24
determining [4]  9/19  9/24  10/15  12/19
did [13]  17/16  17/20  17/22  18/5  20/18  20/19  20/20  20/23  21/1  21/5  21/7  23/15  24/24
didn't [1]  18/14
diploma [1]  17/25
directed [1]  14/8
directly [1]  14/21
disability [1]  19/7
discuss [2]  11/24  21/1
discussed [3]  10/2  10/6  10/10
disregard [1]  10/24
distribute [5]  14/10  14/22  14/23  19/20  23/19
distributed [1]  24/3
district [7]  1/1  1/2  1/11  1/15  6/12  23/11  25/16
DIVISION [3]  1/3  23/11  25/17
do [29]
document [2]  12/12  12/13
documents [3]  20/13  20/18  21/1
doing [1]  18/19
don't [2]  4/5  17/4
done [2]  13/15  21/21
doubt [4]  6/25  14/16  15/11  15/19
dropped [1]  24/2
drug [1]  19/11
During [2]  23/22  24/6

## E

E-Mail [2]  1/22  25/23
each [4]  6/6  8/6  11/16  13/11  13/16  13/17  14/8  14/11  14/19  20/23  24/22
effort [1]  21/24
either [1]  22/3
elements [1]  24/23
else [1]  8/13
emotional [1]  19/7
employer [1]  12/6
employers [1]  12/6
end [2]  22/19  25/7
enforcement [1]  8/12
engage [1]  23/17
English [3]  3/22  4/23  5/19
enough [1]  12/8
enter [2]  19/23  21/24
entering [1]  24/19
enters [1]  3/4

## entitled

entitled [1]  25/10
equivalency [1]  17/17
essential [1]  24/23
ever [3]  3/5  15/3  19/6
every [1]  6/19
everything [1]  21/3
evidence [1]  6/16
exactly [3]  19/16  20/7  20/23
examine [1]  6/14
except [1]  8/4
excused [1]  25/5
EXHIBIT [2]  2/9  21/11
exist [2]  15/15  15/24
Expires [1]  25/19
explanations [14]  6/4  6/5  7/4  7/7  7/11  7/15  9/6  9/9  9/12  9/15  10/13  13/19  13/23  14/1

## F

fact [2]  21/14  24/22
factor [1]  11/23
factors [1]  10/19
facts [15]  8/3  8/9  8/9  10/21  10/24  10/24  10/25  11/5  12/14  12/14  15/14  15/23  23/7  24/10  24/13
facts -- a [1]  12/14
factual [5]  14/4  20/15  23/6  23/7  24/15
failed [1]  21/21
false [3]  3/19  4/20  5/16
falsely [3]  3/18  4/19  5/15
family [1]  12/5
far [3]  17/16  17/22  19/6
federal [1]  7/24
fees [1]  25/10
felony [1]  8/21
Felts [1]  23/14
filed [1]  24/16
Findings [1]  2/5
finds [1]  24/17
fine [1]  16/7
firearm [1]  8/24
first [3]  3/7  14/14  14/21
fixes [1]  13/13
Fleather [1]  14/3
follow [2]  9/19  9/21
following [1]  6/10
follows [2]  6/1  17/7
force [3]  8/17  22/7  24/25
foregoing [2]  25/9  25/10
form [2]  11/17  12/9
format [1]  25/10
former [1]  12/6
FORT [8]  1/3  1/5  1/16  1/19  1/21  23/10  25/17  25/20
forth [1]  8/9
found [1]  7/1
fourth [1]  15/5
Frank [2]  4/10  5/1
front [1]  6/2
full [3]  3/24  4/25  5/21
fully [2]  19/23  24/19
further [6]  7/15  7/18  10/1  15/3  17/13  25/10

## G

Gaylord [1]  23/12
GED [1]  17/20
get [6]  12/16  12/17  12/18  17/12  17/20  17/25
getting [1]  22/19
give [3]  6/3  7/14  9/14
given [10]  7/4  7/7  7/11  8/7  9/6  9/9  9/12  13/20  13/23  14/1

**G**
go [10] 10/1,11/16 14/7 14/11 16/1 14/13 17/19 17/22 18/5
going [12] 6/3 7/14 9/14 10/13 14/7 14/11 14/14 16/1 17/2 17/12 20/10 21/8
gone [1] 15/18
got [1] 18/9
government [16] 1/5 1/14 3/9 4/11 5/9 6/24 8/5 8/13 10/22 11/4 11/11 14/15 15/10 15/18 17/10 22/4
GOVERNMENT'S [2] 2/9 21/11
grams [3] 15/6 23/19 24/3
guarantees [1] 6/10
guideline [2] 10/16 11/3
guidelines [13] 9/18 9/20 9/21 9/22 9/23 10/2 10/6 10/10 10/18 11/7 11/10 12/9 12/11
guilt [4] 6/24 8/21 8/25
guilty [38]

**H**
had [1] 11/4
hall [1] 11/16
hand [4] 3/13 4/14 5/11 10/22
handed [1] 20/14
has [11] 6/8 8/2 9/18 11/4 11/7 11/8 11/13 12/8 12/25 21/23 22/6
have [43]
he [2] 7/23 13/1
he's [1] 21/21
hear [1] 6/14
heard [1] 8/9
hearing [6] 11/15 13/4 13/5 13/6 13/9 21/10
hearings [1] 13/11
heavily [1] 12/19
held [1] 17/6
her [5] 12/13 20/4 24/2 24/20 25/1
here [10] 3/9 3/11 4/11 4/12 5/9 5/10 8/4 8/10 17/10 19/17
high [1] 17/25
him [1] 13/1
his [2] 12/13 13/18 17/11
hold [2] 8/23 20/16
Honor [19] 3/10 3/12 4/13 5/4 9/10 10/8 13/21 13/24 15/13 15/16 16/21 19/25 20/11 21/4 21/15 21/22 22/1 22/9 24/14
HONORABLE [1] 1/11
hoped [1] 22/20
hospitalized [1] 19/3
how [6] 10/2 10/6 10/10 17/16 17/22 22/23

**I**
I'll [11] 3/7 4/6 5/3 12/18 13/2 13/12 17/8 20/16 23/5 23/7 24/15
I'm [15] 5/6 6/3 7/14 9/14 13/1 14/7 14/11 14/14 16/1 17/2 17/12 17/15 20/10 20/17 21/8
I've [12] 7/4 7/7 7/11 9/6 9/9 9/12 13/19 13/23 14/1 15/18 16/18 16/23
II [2] 15/8 23/21
important [5] 6/4 7/15 9/16 9/20 9/25
impose [4] 9/24 10/23 11/9 12/20
imposes [1] 11/12
imprisonment [2] 16/5 16/15
included [1] 21/9
incrimination [1] 6/21
independent [1] 24/22
Index [2] 2/7 2/9
indictment [16] 14/7 14/24 15/12 15/20 16/4 16/19 16/25 19/18 20/6 20/11 21/14 22/12 22/24 24/21 24/24 25/3
indirectly [1] 14/22
induce [1] 11/24
induced [1] 5/16
influence [1] 19/10
information [5] 12/1 12/3 12/4 12/8 17/13
informed [1] 24/19
instance [2] 13/11 13/17
intent [6] 6/4 7/16 14/10 14/23 15/3 19/17 19/19 23/18
intentionally [1] 21/4
interview [3] 11/19 11/20 11/25
investigating [1] 12/5
involved [1] 15/6
involvement [1] 24/2
is [55]
issued [1] 9/18
it [20] 3/21 4/22 5/18 6/8 7/25 12/22 12/23 12/24 13/13 13/14 16/13 20/6 20/10 20/10 20/12 20/24 21/12 22/20 22/21 23/6
it's [10] 3/7 4/9 5/7 12/16 17/24 17/24 18/8 18/9 21/10 21/14
It's -- it's [1] 17/24
its [1] 15/4

**J**
Jamie [2] 23/12 23/24
Jenkins [2] 4/12 5/3
Jo [1] 23/13
JOHN [1] 1/11
joined [1] 15/2
Joint [1] 5/25
JOSHUA [1] 1/14
judge [3] 1/11 3/4 7/24
judges [1] 9/18
judgment [1] 6/23
Judicial [1] 25/11
jury [6] 6/11 8/1 8/23 14/15 15/10 15/19
just [7] 4/6 5/2 15/18 16/18 16/23 18/13 21/14
JUSTICE [1] 1/14

**K**
K-A-P-L-A-N [1] 18/10
Kaplan [4] 17/19 18/6 18/7 18/10
kind [8] 7/18 8/17 8/24 18/19 19/7 19/11 21/24 22/3
knew [1] 14/25
know [2] 18/13 21/2
knowing [3] 20/3 20/4 24/21
knowingly [1] 23/16
knowledge [1] 22/23
known [3] 23/15 23/15 24/8

**L**
language [3] 3/22 4/23 5/19
last [1] 18/25
later [3] 3/18 4/19 5/15
law [2] 1/18 8/12
lawyer [3] 6/8 12/25 12/25
least [4] 15/6 16/6 16/8 23/24
leave [1] 9/1
left [1] 12/24
legal [3] 13/2 21/3 21/17
leniency [1] 8/8
less [1] 11/9
let [2] 14/3 14/3
life [1] 16/9
listen [3] 6/5 7/16 9/16
long [1] 16/15

Lund [1] 3/11
Lynn [2] 23/12 23/24

**M**
made [5] 6/8 11/21 13/3 14/20 21/23
Mail [1] 1/22 25/23
making [3] 3/19 4/20 5/16
March [2] 23/10 25/12
March 20 [1] 23/10
marked [1] 21/10
Martin [3] 23/12 23/14 24/8
Marty [2] 23/15 24/9
matter [6] 6/22 25/10
may [3] 6/6 8/22 11/11
maybe [2] 12/5 12/6
McBRYDE [1] 1/11
me [5] 6/2 13/12 14/3 14/3 20/14
meaning [1] 21/3
means [1] 9/21
mechanical [1] 1/24
medical [3] 18/9 18/16 18/21
MELISSA [6] 1/7 5/8 5/22 17/9 23/13 24/18
members [1] 12/6
mental [2] 8/16 19/7
mentally [2] 19/25 22/6
mentioned [2] 10/25 16/13
methamphetamine [8] 14/11 15/7 19/20 23/20 23/23 23/25 24/5 24/8
microphone [1] 17/5
might [6] 10/3 10/6 10/10 10/23 10/25 11/21
million [1] 16/7
mind [3] 6/4 7/15 19/14
minute [4] 4/6 5/2 7/21 17/5
mixture [1] 15/6 23/19 24/4
months [1] 19/1
Morales [19] 4/10 4/14 4/16 4/17 5/1 5/25 6/3 7/6 9/8 10/5 13/8 13/22 14/4 14/5 14/8 15/9 16/2 16/17 17/3
more [5] 11/9 14/21 22/19 23/19 24/3
morning [1] 11/15
MR [3] 1/14 1/17 3/16
Mr. [19] 3/9 3/11 3/11 3/13 4/11 4/12 4/14 4/17 5/3 5/9 5/10 13/19 17/10 17/11 19/23 21/12 21/17 23/3 24/13
Mr. Brown [5] 17/11 19/23 21/12 23/3 24/13
Mr. Brown's [2] 5/10 21/17
Mr. Burgess [2] 5/9 17/10
Mr. Jenkins [2] 4/12 5/3
Mr. Lund [1] 3/11
Mr. Morales [2] 4/14 4/17
Mr. Roads [3] 3/11 3/13 13/19
Mr. Smith [1] 4/11
Mr. Smith's [1] 3/9
MS [2] 1/20 17/12
Ms. [5] 5/11 5/13 20/5 20/15 21/16
Ms. Navarro [5] 5/11 5/13 20/5 20/15 21/16
much [2] 16/6 16/9
must [5] 6/24 8/16 8/18
my [5] 3/17 4/18 5/14 18/9 18/16

**N**
name [3] 3/24 4/25 5/21
namely [1] 23/18
narcotics [1] 19/4
NAVARRO [29]
necessary [1] 6/18
need [1] 12/20
never [1] 8/11
next [4] 4/9 5/6 14/7 16/1

## N

no [18]   1/4 2/10 8/19 14/4 17/21 17/24
18/24 19/2 19/9 19/4 19/23 20/4
21/22 22/1 22/5 22/9 25/15
NORTHERN [4]   1/2 1/15 23/11 25/16
not [20]   6/6 6/9 6/22 7/18 8/2 8/3 8/16
9/21 10/21 10/24 10/25 11/2 11/14
14/18 15/21 17/6 19/23 20/2 22/25
24/24
now [15]   3/17 4/18 5/14 8/20 9/14 11/15
11/25 13/6 13/15 14/20 17/8 18/18
19/10 22/23 25/2
Number [4]   3/7 4/9 5/6 17/8

## O

oath [2]   3/17 4/18 5/14
object [1]   12/25
objection [1]   13/2
objections [1]   13/3
obligated [3]   9/21 9/22 10/15
obtain [2]   12/1 12/4
obtaining [1]   12/2
occasions [1]   23/24
occur [1]   11/1
occurs [1]   11/21
October [1]   23/9
October 2009 [1]   23/9
offense [16]   6/7 8/20 8/22 14/9 14/17
15/11 16/4 16/19 16/24 19/18 19/19
22/12 22/24 24/20 24/23 25/2
office [3]   1/18 8/23 11/6
officer [7]   11/18 11/22 12/1 12/3 12/8
12/11 12/15
Official [1]   25/16
Oh [1]   18/2
okay [21]   3/6 4/5 4/25 5/2 5/6 6/2 9/14
10/13 14/7 16/1 17/2 17/8 17/16 18/2
18/13 18/18 20/13 21/8 24/10 24/15
25/4
Okay. [2]   18/22 19/16
Okay.  And [1]   19/16
Okay.  Are [1]   18/22
once [2]   12/8 12/16
one [4]   10/22 20/15 20/23 21/14
one-count [1]   21/14
only [2]   8/19 9/20
opinions [3]   12/9 12/13 12/16
opportunity [2]   8/7 11/5
order [4]   13/12 13/16 21/8 24/15
original [1]   12/18
other [13]   4/7 6/19 7/20 8/2 8/19 8/24
10/18 10/23 12/4 12/7 17/6 20/15 22/7
others [2]   23/15 24/1
ought [1]   12/24
ounce [1]   23/25
out [2]   12/24 17/23
over [6]   11/15 14/8 14/11 15/18 16/2
24/2
overall [1]   15/5

## P

PAGE [1]   2/2
parole [2]   11/13 11/14
part [1]   21/9
participation [1]   23/22
particularly [1]   14/12
pause [2]   4/8 5/5
pay [1]   16/10
payable [1]   16/11
payment [1]   16/7
penalties [2]   16/18 16/23
penalty [3]   7/24 8/8 8/13

perhaps [1]   12/6
perjury [3]   3/19 4/20 5/16
permitted [2]   10/25 13/5
persist [5]   6/7 14/19 15/24
personal [1]   17/12
personally [2]   22/3
persons [1]   14/21
pertinent [1]   14/12
phlebotomist [1]   18/20
phlebotomy [1]   18/17
physically [1]   22/6
physician [1]   18/23
plans [1]   14/12
plea [23]   2/4 6/8 7/17 8/1 8/15 8/18 11/1
14/18 15/21 19/24 20/2 20/3 20/4 21/13
21/24 22/11 22/20 23/5 24/19 24/20
24/21 24/24 25/1
plead [19]   6/5 6/6 6/9 7/16 7/17 7/22
8/15 8/18 8/20 14/9 16/3 16/19 16/24
19/17 21/13 22/7 22/10 22/18 22/24
pleading [1]   7/19
pleas [1]   8/7
Please [1]   3/5
plus [4]   16/7 16/7 16/9 16/12
podium [1]   17/11
possess [5]   8/24 14/10 14/22 19/19
23/18
possible [1]   10/17
possibly [1]   12/21
prepare [1]   12/11
prescribed [1]   25/11
presence [1]   8/4
present [4]   6/16 8/5 8/7 11/20
presentence [4]   8/9 11/3 12/12 13/1
pressure [2]   8/17 8/17
prison [2]   11/14 16/14
probation [8]   11/6 11/18 11/22 12/1
12/3 12/8 12/11 12/15
problem [1]   19/8
proceeding [3]   2/2 5/25 6/19
proceedings [4]   1/24 17/6 25/7 25/10
process [6]   9/15 10/14 12/2 13/20 13/23
14/1
produced [1]   1/25
proficiently [3]   3/22 4/23 5/19
promise [2]   8/12 21/23
promises [2]   8/16 24/25
prompted [1]   8/16
proof [2]   14/19 14/20
propose [1]   8/20
proposes [1]   14/9
prosecution [3]   3/19 4/20 5/16
prosecutor [1]   6/21
protected [1]   6/21
prove [4]   6/24 14/15 15/10 15/19
provided [4]   11/17 21/17 22/14 22/15
psychiatrist [1]   18/23
public [2]   6/11 8/23
punishment [3]   10/23 22/13 22/14
punishments [1]   16/2 16/5
purchased [2]   23/23 23/25
purely [1]   8/18
purpose [4]   11/25 15/1 15/4 24/1
put [2]   12/12 12/14

## Q

questions [4]   3/17 4/7 4/19 5/15

## R

R-O-A-D-S [1]   4/3
raise [3]   3/13 4/14 5/11
range [2]   22/13 22/15
ranges [4]   9/23 10/16 10/17 12/10

reached [2]   12/15 14/22
reached -- relied [1]   12/15
read [1]   12/15
read [7]   3/21 4/25 5/10 20/6 20/10
20/20 23/8
reading [2]   20/9 20/12
real [1]   12/22
REARRAIGNMENT [1]   1/10
rearraignments [1]   3/6
reason [2]   8/19 19/22
reasonable [4]   6/25 14/16 15/11 15/19
receive [2]   12/21 13/16
received [1]   20/5
receives [1]   13/18
recitation [1]   12/14
record [3]   21/9 21/10 25/9
redistribution [1]   24/1
Reform [1]   9/17
release [3]   16/8 16/13 16/16
released [1]   11/14
relevant [1]   12/2
relied [1]   12/15
rely [2]   8/11 12/19
remanded [1]   25/4
report [5]   8/9 11/4 12/12 12/16 13/1
reported [2]   1/24 11/5
REPORTER [2]   1/20 25/16
Reporter's [2]   2/6 25/8
reports [1]   12/19
representation [1]   21/17
representatives [1]   8/5
represented [1]   6/17
requested [1]   17/6
required [4]   9/1 10/17 16/10 16/14
result [2]   8/25 24/24
resulting [1]   9/23
results [1]   21/13
resume [3]   20/15 23/7 24/16
resumes [1]   14/4
review [1]   14/14
revoked [1]   16/13
right [14]   3/10 3/13 4/14 5/11 6/11 6/13
6/15 6/17 7/1 7/19 8/23 11/12 12/25
22/21
rights [7]   6/10 7/4 7/8 7/12 7/20 8/22
8/24
rise [2]   3/3 25/6
RMR [3]   1/20 25/9 25/15
Roads [16]   3/8 3/11 3/13 3/15 3/16 3/25
4/3 5/25 6/3 7/3 9/5 10/1 13/9 13/19
14/4 17/4
Roads -- no [1]   14/4
Rocky [2]   3/8 3/25
Ronald [1]   23/13
Room [2]   1/21 25/20
rule [1]   13/2

## S

S-Y-D-N-E-Y [1]   5/23
SAENZ [4]   1/20 25/9 25/14 25/15
said [2]   18/14 20/24
Samuel [1]   23/13
satisfied [1]   21/17
saying [1]   18/11
Schedule [2]   15/8 23/20
school [3]   17/16 17/22 17/25
scope [1]   15/5
seated [2]   3/5 17/3
second [1]   14/25
Section [1]   10/19
Sections [1]   23/17
see [5]   6/14 13/18 14/3 14/3 20/17
self [1]   6/21

# S

self-incrimination [1] 6/21
sellers [4] 13/12 23/24 23/25 24/7
sent [1] 16/14
sentence [11] 9/19 9/24 10/15 11/3 11/9 11/10 11/12 11/23 12/20 22/14 22/19
sentenced [1] 11/13
sentencing [26]
separate [1] 14/19
serve [2] 8/23 16/15
service [1] 16/7
set [2] 8/9 11/17
severe [3] 11/9 11/9 22/19
severity [1] 11/23
she [2] 7/23 25/1
She's [1] 19/25
Short [1] 23/13
should [4] 8/6 8/11 8/15 8/18
sic [1] 21/10
sign [1] 20/18
signed [5] 20/14 20/20 20/24 21/2 25/12
signing [1] 13/12
sir [34]
six [1] 19/1
Smith [1] 4/11
Smith's [1] 3/9
so [10] 6/5 7/16 7/19 9/16 9/24 11/25 12/20 17/18 20/16 21/2
some [8] 4/6 3 7/14 9/15 11/8 11/11 14/12 17/12
something [2] 11/24 12/23
somewhere [1] 22/13
soon [1] 11/15
sound [1] 19/13
source [1] 24/7
sources [2] 12/4 12/7
speak [3] 3/22 5/19 13/5
special [1] 16/10
speedy [1] 6/11
staff [1] 8/2
stage [1] 6/19
statement [2] 3/19 4/20 5/16 8/11
STATES [15] 1/1 1/4 1/11 1/14 3/7 4/10 5/7 6/10 6/24 9/2 9/4 9/18 10/19 24/17 25/11
statute [2] 22/14 22/15
stenography [1] 1/24
step [2] 4/6 5/2
Steven [1] 23/13
still [1] 22/20
stipulated [4] 10/21 10/24 10/25 23/7
Street [4] 1/15 1/18 1/21 25/20
study [1] 12/22
studying [1] 18/15
subject [1] 12/3
subjecting [3] 16/3 16/18 16/23
subjects [1] 12/13
substance [8] 14/10 14/23 15/7 15/8 19/20 23/19 23/21 24/4
such [9] 6/13 7/17 8/21 8/22 9/3 12/4 19/24 20/2 24/24
suffer [1] 19/7
Suite [1] 1/15 1/18
Sukhewatna [1] 23/14
Sullivan [1] 23/13
supervised [3] 16/8 16/13 16/16
supply [1] 24/7
support [1] 23/6
supported [1] 24/22
suppose [1] 3/9
sure [1] 13/1
sworn [6] 3/14 3/15 4/15 4/16 5/11 5/12

# T

TAB [1] 17/17
take [6] 3/21 4/22 5/18 9/22 10/24 21/12
talk [1] 8/3
talking [1] 20/17
Telephone [4] 1/16 1/19 1/22 25/22
tell [2] 12/24 13/1
term [4] 16/5 16/8 16/15 16/16
test [1] 17/17
testify [3] 6/15 6/20 6/22
TEXAS [13] 1/2 1/5 1/15 1/16 1/19 1/21 17/18 18/1 18/9 23/11 25/15 25/16 25/20
than [4] 8/9 11/9 22/20 24/3
Thank [1] 5/4
that [72]
that's [7] 3/10 4/2 11/17 11/23 12/23 19/18 22/19
the -- what [1] 18/18
their [1] 17/3
them [7] 7/21 20/16 20/20 20/21 20/24 21/2 21/3
then [2] 13/2 22/19
there [3] 7/18 12/14 23/6
there's [3] 12/22 12/23 20/9
therefore [1] 25/1
these [1] 6/5
they [6] 9/15 9/20 9/24 12/20 12/21 24/12
thing [5] 14/14 14/25 15/2 15/5 16/1
things [8] 13/14 14/7 14/12 14/15 15/10 15/18 15/18 22/16
think [3] 12/23 12/24 19/22
third [1] 15/2
this [18] 6/12 11/15 11/15 13/12 17/2 19/18 20/6 20/10 21/8 21/25 22/8 22/12 22/24 23/6 24/21 24/24 25/3 25/12
those [16] 7/20 9/20 10/17 12/11 12/13 12/15 12/19 15/9 15/14 15/23 16/5 20/18 21/1 22/16 24/10 25/11
threats [2] 8/17 24/25
three [1] 3/6
through [3] 17/25 18/8 22/3
time [7] 11/17 13/13 16/11 17/2 18/25 20/10 23/6
timetable [1] 13/14
today [2] 13/13 19/17
told [2] 21/6 24/7
took [1] 17/17
transcript [4] 1/10 1/24 25/9 25/10
treated [1] 19/4
trial [7] 6/11 6/13 6/15 6/18 7/18 7/19 7/20
true [3] 24/10 24/13 25/9
two [4] 14/14 14/21 18/3 23/24

# U

under [11] 3/17 4/18 5/14 9/17 10/18 10/19 11/11 12/11 18/18 18/22 19/10
understand [18] 3/16 3/22 4/17 4/23 5/13 5/19 15/9 15/17 16/17 16/22 18/14 19/16 20/6 20/23 21/5 22/10 22/16 22/18
understanding [2] 22/2 24/13
understood [9] 7/3 7/6 7/10 9/5 9/8 9/11 13/19 13/22 13/25
UNITED [15] 1/1 1/4 1/11 1/14 3/7 4/10 5/7 6/10 6/24 9/1 9/4 9/17 10/19 24/17 25/11
University [1] 17/19 18/6

# U (cont.)

unknown [1] 23/15
unlawful [2] 15/1 15/4
unless [2] 7/23 20/9
until [2] 11/3 23/6
up [5] 11/17 17/5 20/14 20/16 22/19
upon [1] 8/11
USC [1] 23/17
used [3] 3/18 4/19 5/15

# V

valuable [1] 8/22
verdict [1] 7/25
versus [5] 1/6 3/8 4/10 5/7 24/18
very [2] 7/15 12/19
violate [1] 16/12
violation [1] 23/17
VOLUME [1] 1/10
voluntary [4] 8/18 20/3 20/4 24/21
vote [1] 8/23

# W

waive [2] 7/19 20/11
waiver [1] 20/9
want [1] 11/24
was [3] 18/20 24/7 24/8
way [3] 21/16 22/7 22/7
we [2] 3/6 17/13
we'll [1] 20/11
well [1] 7/19
were [5] 11/1 14/18 15/20 16/12 18/15
West [1] 1/18
what [22] 3/24 4/25 5/21 8/13 9/24 11/7 12/10 12/20 13/1 14/12 17/14 18/5 18/10 18/13 18/14 18/15 18/18 19/17 20/7 20/17 20/23 21/5
What's [1] 18/7
whatever [1] 13/3
whatsoever [1] 21/20
when [3] 11/17 11/20 12/21
where [1] 8/4
whether [3] 6/22 7/25 8/12
which [4] 6/22 8/20 12/9 15/8
who [3] 7/22 9/2 11/18
why [2] 4/5 17/4
will [27]
willfully [1] 15/3
willingness [1] 21/12
withdraw [2] 11/1 22/21
within [2] 22/13 22/15
without [1] 21/13
witnesses [2] 6/14 6/16
won't [1] 22/21
Word [1] 2/7
work [1] 18/19
WORTH [8] 1/3 1/5 1/16 1/19 1/21 23/11 25/17 25/20
would [12] 14/15 14/19 14/20 15/10 15/18 16/6 16/8 16/9 16/10 20/2 21/2 22/20
write [3] 3/21 4/22 5/18
written [1] 12/12
wrong [1] 12/23

# Y

Y'all [1] 5/2
yahoo.com [1] 1/22 25/23
years [4] 16/6 16/7 16/9 18/3
Yes [44]
you [153]
you'll [3] 11/24 12/16 22/20
you're [13] 3/16 4/18 5/14 7/1 11/13 16/3 16/17 16/23 18/10 19/6 19/13 19/17 20/7

# S (cont. top)

SYDNEY [6] 1/7 5/7 5/22 5/23 17/9 24/18

**Y**

you've [1] 20/6
your [33]
yourself [3]  16/3 16/18 16/23