IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-10022
Summary Calendar

D.C. Docket No. 4:13-CR-100-7-A

United States Court of Appeals
Fifth Circuit
**FILED**
October 1, 2014
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SYDNEY MELISSA NAVARRO,

    Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 4 2014
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JONES, BENAVIDES, and GRAVES, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the sentence imposed by the District Court is affirmed.

ISSUED AS MANDATE: **OCT 2 3 2014**

A True Copy
    Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy    OCT 2 3 2014

New Orleans, Louisiana

CTJ

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
NOV - 4 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

October 23, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 14-10022    USA v. Sydney Navarro
                        USDC No. 4:13-CR-100-7 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Nancy F. Dolly, Deputy Clerk
                        504-310-7683

cc w/encl:
    Mr. Derek D. Brown
    Mr. James Wesley Hendrix
    Honorable John H. McBryde
    Ms. Leigha Amy Simonton

P.S. to Judge McBryde:  A copy of the opinion was sent to your office via email the day it was filed.