FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 MAR -5 PM 12:40

CLERK OF COURT

ORIGINAL CTJ (SADK)

**United States District Court**
**for the Northern District of Texas**

Ft. Worth **Division**

**United States of America,**
*Plaintiff,*

v.

Sydney Navarro,
*Defendant.*

FCI Aliceville
Place of Confinement

46030-177
Prisoner ID Number

4:13-CR-100-A(07)
Criminal Case Number

## Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)

---

### Instructions - Read Carefully

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

**Questionnaire**

1. Name and location of court that entered the sentence that you are asking to reduce:

Federal Court in Ft Worth, Texas

2. Date(s) of sentence and judgment of conviction:

12-23-2013 324 months 5 yrs probation

3. Are you currently in prison for this sentence?

✓ Yes ______ No

4. If so, when is your projected date of release?

9-27-2036

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

Currently on the waiting List for RDAP

6. Are you currently on supervised release? ______ Yes ✓ No

7. Are you currently in prison because you violated your supervised release ?

______ Yes ✓ No

8. Is your case currently on appeal? ______ Yes ✓ No

9. Offense(s) for which you were convicted (all counts):

Conspiracy to possess with intent to distribute a controlled Substance

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

__✓__ **Yes** ________ **No** ________ **Don't know**

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

________ **Yes** __✓__ **No** ________ **Don't know**

12. Was your sentence based on an agreement with the Government for a specific sentence?

________ **Yes** __✓__ **No** ________ **Don't know**

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

I am enrolled in Ged. I have Completed life management, Beginner softball, Conflict Resolution, Tournament management, billards and self Esteem and have Certificates. I have a good work history and a clear conduct Report. I am on the waiting list for RDap and have completed N/A. I am currently waiting to be transferred to Carswell to start the life Changing Program

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this 15th Day of Febuary, 2015.

[signature]
Signature of Defendant

Sydney Navarro
Printed Name

46030-177
BOP No.

Aliceville, Alabama
Federal Correctional Institution (if applicable)

P.O. Box 4000
Address

Aliceville, Alabama 35442
City, State & Zip Code

⇔46030-177⇔
Sydney M Navarro
Federal Correctional INSTution
PO BOX 4000
Aliceville, AL 35442
United States




2015 MAR -5 AM 11: 24
CLERK OF COURT

⇔46030-177⇔
Federal District Court
Ft.Worth Division
501 W 10TH ST
FORT Worth, TX 76102
United States

76102363799