U.S. DISTRICT COURT
FILED
MAY 10 2016
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SYDNEY MELISSA NAVARRO | ) Case No: 4:13-CR-100-A (7) |
| | ) USM No: 46030-177 |
| Date of Original Judgment: 12/23/2013 | ) |
| Date of Previous Amended Judgment Reducing Sentence: N/A | ) Sydney Melissa Navarro, Pro Se |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant **SYDNEY MELISSA NAVARRO** under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

The court ORDERS that such motion be, and is hereby, granted and that defendant's sentence of imprisonment of 324 months as to Count 1, be, and is hereby, reduced to a sentence of imprisonment of 275 months as to Count 1.

The reason for the reduction in the sentence is as follows:

The reduced sentence is within the amended guideline range.

The previous and amended guideline imprisonment ranges are as follows:

Previous Total Offense Level:  39
Criminal History Category:     III[1]
Previous Guideline Ranges:     324 to 405 months

---

Amended Total Offense Level:   37
Criminal History Category:     III
Amended Guideline Ranges:      262 to 365 months

The reduction in sentence ordered by this order takes into account the factors set forth in 18 U.S.C. § 3553(a), as well as public safety issues and defendant's post-sentencing conduct.

The court further ORDERS that, except as otherwise provided, all provisions of the judgment dated December 23, 2013, remain in effect.

Order Date:     May 10, 2016

JOHN McBRYDE
United States District Judge

---

[1] The Criminal History Category noted on the Statement of Reasons in the December 23, 2013 judgment is stated to be Category III. However, based on the number of Criminal History points (and as noted in paragraph 58 of the PSR), the correct Criminal History Category is IV, which would have the Guideline Range of Imprisonment of 360 to 480 months. It appears an error to the defendant's benefit was made during the original sentencing. Under the 2015 Guidelines Manual, a Total Offense Level 37 and Criminal History Category IV would result in an amended guideline range of imprisonment of 292 to 365 months. However, the court is continuing to give the defendant the benefit of the incorrect Category III.